1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury '08 CR 2164 JM

| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
|---|---|---|
| | ) | |
| Plaintiff, | ) | I N D I C T M E N T |
| | ) | |
| v. | ) | Title 8, U.S.C., Secs. 1326(a) |
| | ) | and (b) - Attempted Entry After |
| ALBERTO FIERROS-HURTADO, | ) | Deportation |
| | ) | |
| Defendant. | ) | |
| | ) | |

The grand jury charges:

On or about April 14, 2008, within the Southern District of California, defendant ALBERTO FIERROS-HURTADO, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United States, that

//

CJB:em:San Diego
6/23/08

was a substantial step toward committing the offense, all in violation

of Title 8, United States Code, Sections 1326(a) and (b).

It is further alleged that defendant ALBERTO FIERROS-HURTADO was

removed from the United States subsequent to November 21, 2006.

DATED: June 26, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:

CARLA J. BRESSLER
Assistant U.S. Attorney