UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALBERTO FIERROS-HURTADO, ) <br> ) <br> Defendant. ) <br> _____ ) | Criminal Case No. '08 CR 2164 JM <br><br> NOTICE OF RELATED CASE |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Alberto Fierros-Hurtado</u>, Criminal Case No. 08CR1527-JM.

DATED: June 26, 2008.

KAREN P. HEWITT
United States Attorney

*/s/ C J B*

CARLA J. BRESSLER
Assistant U.S. Attorney